IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRON BROWN, | ) | 8:10CV236 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

The petitioner, Terron Brown, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (filing no. 1), a Motion for Leave to Proceed in Forma Pauperis (filing no. 2), and a copy of his prisoner trust account statement (filing no. 9).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). The petitioner's trust account statement shows that he had an average monthly balance of $100 or more in his account for the six-month period immediately preceding the filing of the petition. Therefore, I conclude that Terron Brown must be required to pay the $5.00 filing fee because he has the financial ability to do so. *See* 28 U.S.C. § 1915(a). No further review of this case will take place until the fee is paid.

IT IS THEREFORE ORDERED that:

1. the petitioner's application to proceed in forma pauperis (filing no. 2) is denied;

2. the Terron Brown is granted until August 20, 2010, to pay the $5.00 filing fee. Terron Brown is warned that if the fee is not paid as required, the court may dismiss this case without further notice;

3. the clerk of the court is directed to set a pro se case management deadline in this case with the following text: August 20, 2010: deadline for payment of $5.00 filing fee; and

4. no further review of this case will take place until the filing fee is paid.

Dated July 20, 2010.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge